UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TOUCHNET INFORMATION SYSTEMS, INC., a Kansas entity d/b/a www.Touchnet.com,<br><br>　　　　　　　　　　　　Defendant. | Case No.:  26-cv-02601-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

On October 27, 2025, Plaintiff Rebeka Rodriguez ("Plaintiff") filed a Complaint against Defendant Touchnet Information Systems, Inc. ("Defendant") in the Superior Court of the State of California for the County of San Diego, Case No. 25CU058032C. (ECF No. 1-2.)

On April 23, 2026, Defendant removed the action to this Court. (ECF No. 1.)

On May 28, 2026, Defendant filed a Motion to Dismiss Complaint. (ECF No. 6.)

On June 18, 2026, Plaintiff filed a First Amended Complaint ("FAC"). (ECF No. 7.)

Under Federal Rule of Civil Procedure 15, "if the pleading is one to which a responsive pleading is required," "[a] party may amend its pleading once as a matter of course no later than . . . 21 days after service of a motion under Rule 12(b)." Fed. R. Civ. P. 15(a); *see also Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir.

2015) (stating that Rule 15 allows a plaintiff to "amend once within twenty-one days after service" of a motion under Rule 12(b)(6)). Here, Plaintiff timely filed the FAC within 21 days after service of the pending Motion to Dismiss Complaint (ECF No. 6). The pending Motion to Dismiss Complaint "target[s]" the original Complaint, which is "no longer in effect," and must therefore be denied as moot. *Ramirez*, 806 F.3d at 1008.

IT IS HEREBY ORDERED that the Motion to Dismiss Complaint (ECF No. 6) is denied as moot.

Dated:  June 18, 2026

Hon. William Q. Hayes
United States District Court

2

26-cv-02601-WQH-MSB